# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KEVON SOUTHALL

NO. 2025 KW 1150

**DECEMBER 30, 2025**

---

In Re:     Kevon Southall, applying for supervisory writs, 17th
           Judicial District Court, Parish of Lafourche, No.
           586583.

---

**BEFORE:     LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.**

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
            FOR THE COURT